UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  No. 20-CR-01903 MV

JOSE PENA,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court on one of Mr. Pena's four motions *in limine* in his omnibus motion, namely, the motion *in limine* to consolidate Counts 2-9 of the Superseding Indictment under the rule against multiplicity ["Consolidation MIL"] [Doc. 69]. The government filed a response to Mr. Pena's motions *in limine* [Doc. 75], and Mr. Pena filed a reply [Doc. 79]. On April 19, 2022, Mr. Pena filed a notice to withdraw the Consolidation MIL. Doc. 111. Having carefully considered the briefs and relevant law, and being otherwise fully informed, the Court finds that the Consolidation MIL is **MOOT**.

### BACKGROUND

Mr. Pena was charged by indictment on October 16, 2020 on eight counts of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256. Doc. 1. On June 9, 2021, a Superseding Indictment was filed, charging Mr. Pena with one count of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), as well as eight counts of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256. Doc. 32. On April 13, 2022, a Second Superseding Indictment was filed charging Mr. Pena with one count of Coercion

and Enticement, in violation of 18 U.S.C. § 2422(b), and two counts of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.  Doc. 103.

## DISCUSSION

In the Consolidation MIL, Mr. Pena moves the Court "to consolidate counts 2-9 of the superseding indictment under the rule against multiplicity."  Doc. 69 at 5.  He argues that these counts "are based on 8 clips of the same video," and thus that "the Government charged Mr. Pena 8 times for the same offense."  *Id.*  Mr. Pena argues that this multiplicity may violate the Double Jeopardy Clause and therefore that Counts 2-9 should be consolidated into a single unit of prosecution.  *Id.* at 6.

On April 13, 2022, the government filed a Second Superseding Indictment charging Mr. Pena with one count of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), and two counts of Production of Visual Depictions of a Minor Engaging in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2251(a), 2251(e), and 2256.  Doc. 103.

On April 19, 2022, Mr. Pena filed a notice to withdraw the Consolidation MIL, acknowledging that the Second Superseding Indictment "effectively consolidate[d] the multiplicitous counts."  Doc. 111 at 2.

Accordingly, the Court finds the Consolidation MIL moot.

## CONCLUSION

**IT IS THEREFORE ORDERED** that the Consolidation MIL is **MOOT**.

ENTERED this 20th day of April 2022.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE